UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMEIKA CHAN,

                Plaintiff,

      v.

ISPOT, INC.,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-18-20

20-CV-8222 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This case was referred to mediation on December 15, 2020. Dkt. 11. Accordingly, the initial-pretrial conference currently scheduled for January 22, 2021 is hereby adjourned sine die. Within one week of the completion of the parties' mediation, the parties shall file a joint letter notifying the Court as to whether mediation was successful. If it was not, the Court will reschedule the initial-pretrial conference at that time.

SO ORDERED.

Dated:    December 18, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge