UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMEIKA CHAN,

                 Plaintiff,

        v.

ISPOT, INC.,

                 Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-30-21

20-CV-8222 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 26, 2021, Plaintiff in this action filed an unopposed motion to compel non-party witness Memunatu Mansaray to answer the following limited interrogatories in connection with Defendant's pending motion to transfer:

1. Did you ever complain about discrimination at iSpot?

2. If yes, who did you complain to at iSpot?

3. When did you complain to that person at iSpot?

4. What was the substance of any complaints made to that person at iSpot?

Although the Federal Rules of Civil Procedure generally do not permit discovery to occur before a 26(f) conference, this rule does not apply when discovery is authorized by court order. *See* Fed. R. Civ. P. 26(d)(1). Because the application for limited discovery is uncontested, and because the Court agrees that this information may be helpful to resolving Defendant's transfer motion, the application is hereby GRANTED.

SO ORDERED.

Dated:    March 30, 2021
           New York, New York

RONNIE ABRAMS
United States District Judge