```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/05/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMEIKA CHAN,

            Plaintiff,

            v.

ISPOT, INC.,

            Defendant.

No. 20-CV-8222 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On February 10, 2022, the parties requested that all deadlines in this case be adjourned as the parties had entered into a settlement agreement. Dkt. 44. The joint letter stated the parties would "promptly file a Stipulation of Discontinuance upon Plaintiff's receipt of the settlement payment." *Id.* To date, no such stipulation has been filed. Accordingly, no later than April 11, 2022, the parties shall file either a stipulation or a letter proposing dates for a post-discovery conference.

SO ORDERED.

Dated: April 5, 2022
New York, New York

                                                     Hon. Ronnie Abrams
                                                     United States District Judge